

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     W.J. Billy Devillier and Paula Winzer v. A. P. Leonards and Mildred
                         G. Leonards

Appellate case number:   01-20-00224-CV

Trial court case number: P03846A

Trial court:             County Court of Chambers County, Texas

       It is ordered that the motion for rehearing is **denied**. *See* TEX. R. APP. P. 49.3.


Judge's signature: _____/s/ Russell Lloyd_____
                             Acting for the Court

Panel consists of Justices Keyes, Lloyd, and Landau.

Keyes, J., dissenting to the denial of rehearing.

Date: <u>December 31, 2020</u>